# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT ) <br> FINANCE & LEASING CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL SPEEDWAY ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:19-cv-01493-CC |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff SunTrust Equipment Finance & Leasing Corp. hereby dismisses the above-captioned action without prejudice. The Defendant has neither served an answer nor a motion for summary judgment in this action.

Date:  August 22, 2019

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI

*/s/ Leslie K. Eason*
Leslie K. Eason (Georgia Bar 100186)
leason@grsm.com
Burton Peebles (Georgia Bar 126109)
bpeebles@grsm.com
GORDON REES SCULLY MANSUKHANI
3455 Peachtree Road, Suite 1500
Atlanta, GA 30326
Telephone: (404) 869-9054
Facsimile: (678) 389-8475

Benjamin T. Morton (*Admitted Pro Hac Vice*)
bmorton@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7755
Facsimile: (619) 696-7124

*Attorneys for Plaintiff SunTrust Equipment Finance & Leasing Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which automatically sends e-mail notification of such filing to any attorneys of record.

This 22nd day of August, 2019.

*/s/ Leslie K. Eason*
Leslie K. Eason